ROBERT A. BRAGG, Bar No. 99366
EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendants,
Christopher Platt and Avis Rent A Car System, LLC
(erroneously sued herein as Avis Rent a Car System, Inc. and Avis, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FATEMEH TABRIZI,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER PLATT; AVIS RENT A CAR SYSTEM, INC; AVIS, INC.; DOES 1 TO 50,<br><br>    Defendants. | CASE NO. 3:09-CV-04305-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE MEDIATION DEADLINE**<br><br>**[ADR L.R. 6-5 and Civil L.R. 7-12]** |
|---|---|

WHEREAS Chief United States Magistrate Judge Maria-Elena James issued a Case Management Order in this matter on December 28, 2009, which included a referral of the parties to court-sponsored mediation.

WHEREAS Jacqueline Scott Corley, with Kerr & Wagstaffe, has been assigned as mediator.

WHEREAS the deadline to mediate this matter is March 29, 2010 pursuant to ADR 6-4(d).

WHEREAS the parties need additional time to complete discovery prior to mediation, including, but not limited to, the deposition of Plaintiff and completion of an independent medical examination.

Defendants Christopher Platt and Avis Rent A Car System, LLC and Plaintiff Fatemeh Tabrizi hereby stipulate by and through their respective counsel for an extension of the deadline to

mediate this matter from March 29, 2010 to June 15, 2010 or some other date as Ordered by this Court.

**SO STIPULATED.**

DATED: March 10, 2010                By: /s/_____
　　　　　　　　　　　　　　　　　　　　EDWARD GARCIA
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　Platt and Avis Rent A Car System, LLC

DATED: March 9, 2010                 By: /s/_____
　　　　　　　　　　　　　　　　　　　　DAVID C. ANDERSON
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Fatemeh Tabrizi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline to mediate in this matter is hereby extended from March 29, 2010 to _____ June 15 ____, 2010.

DATED: March 11, 2010                _____
　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

PROOF OF SERVICE BY MAIL
(FRCivP 5(b)) or
(CCP 1013a, 2015.5) or
(FRAP 25(d))

I am employed with the law firm of BRAGG & KULUVA, whose address is Embarcadero Center West, 275 Battery Street, Suite 1100, San Francisco, CA 94111. I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with BRAGG & KULUVA's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of BRAGG & KULUVA's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at BRAGG & KULUVA with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE MEDIATION DEADLINE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at BRAGG & KULUVA, Embarcadero Center West, 275 Battery Street, Suite 1100, San Francisco, CA 94111, in accordance with BRAGG & KULUVA's ordinary business practices:

| Mediator | ADR Case Administrator |
|---|---|
| Jacqueline Scott Corley<br>Kerr & Wagstaffe<br>100 Spear St., Suite 1800<br>San Francisco, CA 94105 | Alice M. Fiel<br>United States District Court<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

Attorney for Plaintiff

David C. Anderson
**Law Offices of David C. Anderson**
50 Francisco Street, Suite 450
San Francisco, CA 94133

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 10th day of March, 2010, at San Francisco, California.

/s/_____
Persis Ainey