1   ROBERT A. BRAGG, Bar No. 99366
    EDWARD GARCIA, Bar No. 173487
2   BRAGG & KULUVA
    Embarcadero Center West
3   275 Battery Street, Suite 1100
    San Francisco, CA  94111
4   (415) 273-6500
    (415) 273-6535
5

6   Attorneys for Defendants,
    Christopher Platt and Avis Rent A Car System, LLC
7   (erroneously sued herein as Avis Rent a Car System, Inc. and Avis, Inc.)

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  FATEMEH TABRIZI,                          CASE NO. 3:09-CV-04305-MEJ

13          Plaintiff,                        **STIPULATION AND [PROPOSED] ORDER
                                              TO MODIFY CASE MANAGEMENT
14              vs.                           (PRETRIAL SCHEDULING) ORDER**

15  CHRISTOPHER PLATT; AVIS RENT A CAR
    SYSTEM, INC; AVIS, INC.; DOES 1 TO 50,
16
            Defendants.
17

18

19          Plaintiff FATEMEH TABRIZI and Defendants Christopher Platt and Avis Rent A Car

20  System, LLC, by and through their respective undersigned counsel, hereby enter into the following

21  stipulation and request to modify the Case Management (Pretrial Scheduling) Order dated December

22  28, 2009, as follows:

23          1.      WHEREAS, the December 28, 2009 Case Management (Pretrial Scheduling) Order

24  provides that expert witnesses with reports are to be disclosed by May 14, 2010, rebuttal experts are

25  to be disclosed by May 24, 2010, and closure of discovery (including depositions of expert witnesses)

26  by June 8, 2010.

27          2.      WHEREAS, Plaintiff's deposition has been scheduled for May 18, 2010, for the

28  convenience of all counsel and the witness.

3.     WHEREAS, the expert witnesses retained by the parties will need to review the deposition transcript of the Plaintiff, among other documents, to prepare their respective reports.

4.     WHEREAS, all parties seek to continue the dates for expert disclosure, rebuttal expert disclosure, and closure of discovery date by approximately 45 days, so that Defendants can complete Plaintiff's deposition and then both parties provide said deposition transcript to their respective experts.

5.     Therefore, the parties respectfully submit that good cause exists and request modification of the scheduling order as follows:

i.     Expert Disclosure:          June 28, 2010

ii.    Rebuttal Expert Disclosure:   July 8, 2010

iii.   Discovery Closure:           July 26, 2010

6.     All other provisions of the December 28, 2009 Case Management (Pretrial Scheduling) Order remain in effect.

**IT IS HEREBY STIPULATED.**


DATED: April 14, 2010                    By: /s/_____
                                             EDWARD GARCIA
                                             Attorney for Defendants
                                             Platt and Avis Rent A Car System, LLC


DATED: April 14, 2010                    By: /s/_____
                                             DAVID C. ANDERSON
                                             Attorney for Plaintiff
                                             Fatemeh Tabrizi


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  _____      April 20, 2010      _____
                                             Maria-Elena James
                                             Chief United States Magistrate Judge