1  ROBERT A. BRAGG, Bar No. 99366
   EDWARD GARCIA, Bar No. 173487
2  BRAGG & KULUVA
   Embarcadero Center West
3  275 Battery Street, Suite 1100
   San Francisco, CA  94111
4  (415) 273-6500
   (415) 273-6535

Attorneys for Defendants,
Christopher Platt and Avis Rent A Car System, LLC
(erroneously sued herein as Avis Rent a Car System, Inc. and Avis, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH TABRIZI,<br><br>     Plaintiff,<br><br>     vs.<br><br>CHRISTOPHER PLATT; AVIS RENT A CAR SYSTEM, INC; AVIS, INC.; DOES 1 TO 50,<br><br>     Defendants. | CASE NO. 3:09-CV-04305-MEJ<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT (PRETRIAL SCHEDULING) ORDER** |

   Plaintiff FATEMEH TABRIZI and Defendants Christopher Platt and Avis Rent A Car System, LLC, by and through their respective undersigned counsel, hereby enter into the following stipulation and request to modify the Case Management (Pretrial Scheduling) Order:

   1. WHEREAS Chief United States Magistrate Judge Maria-Elena James issued a Case Management (Pretrial Scheduling) Order in this matter on December 28, 2009, which included dates for expert disclosure, rebuttal expert disclosure, and closure of discovery date.

2.   WHEREAS the parties previously submitted a Stipulation and Order to Modify Case Management (Pretrial Scheduling) Order, and this Court signed the Order on April 20, 2010.

3.   WHEREAS the April 20, 2010 modified Case Management (Pretrial Scheduling) Order provides that expert witnesses with reports are to be disclosed by June 28, 2010, rebuttal experts are to be disclosed by July 8, 2010, and closure of discovery (including depositions of expert witnesses) by July 26, 2010.

4.   WHEREAS the parties have had difficulties obtaining complete copies via subpoena of Plaintiff's medical records from the Palo Alto Medical Foundation and Camino Medical Group.

5.   WHEREAS Plaintiff's medical records from the Palo Alto Medical Foundation and Camino Medical Group are needed by the parties to properly evaluate this matter, and are also needed for review by the parties' respective expert witnesses.

6.   WHEREAS all parties seek to continue the dates for expert disclosure, rebuttal expert disclosure, and closure of discovery date by approximately 25 additional days, so that the parties can obtain complete copies of Plaintiff's medical records from the Palo Alto Medical Foundation and Camino Medical Group.

7.   Therefore, the parties respectfully submit that good cause exists and request modification of the scheduling order as follows:

    i.    Expert Disclosure:    July 16, 2010

    ii.    Rebuttal Expert Disclosure:    July 27, 2010

    iii.    Discovery Closure:    August 17, 2010

SECOND STIPULATION AND [PROPOSED] ORDER TO MODIFY
CASE MANAGEMENT (PRETRIAL SCHEDULING) ORDER

6. All other provisions of the December 28, 2009 Case Management (Pretrial Scheduling) Order remain in effect.

**IT IS HEREBY STIPULATED.**

DATED: June 16, 2010                    By: /s/_____
                                        EDWARD GARCIA
                                        Attorney for Defendants
                                        Platt and Avis Rent A Car System, LLC

DATED: June 16, 2010                    By: /s/_____
                                        DAVID C. ANDERSON
                                        Attorney for Plaintiff
                                        Fatemeh Tabrizi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 21, 2010                    _____
                                        Maria-Elena James
                                        Chief United States Magistrate Judge