ROBERT A. BRAGG, Bar No. 99366
EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendants,
Christopher Platt and Avis Rent A Car System, LLC
(erroneously sued herein as Avis Rent a Car System, Inc. and Avis, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH TABRIZI,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER PLATT; AVIS RENT A CAR SYSTEM, INC; AVIS, INC.; DOES 1 TO 50,<br><br>    Defendants. | CASE NO. 3:09-CV-04305-MEJ<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT (PRETRIAL SCHEDULING) ORDER** |

    Plaintiff FATEMEH TABRIZI and Defendants Christopher Platt and Avis Rent A Car System, LLC, by and through their respective undersigned counsel, hereby enter into the following stipulation and request to modify the Case Management (Pretrial Scheduling) Order:

    1. WHEREAS Chief United States Magistrate Judge Maria-Elena James issued a Case Management (Pretrial Scheduling) Order in this matter on December 28, 2009, which included dates for expert disclosure, rebuttal expert disclosure, and closure of discovery date.

    2. WHEREAS the parties previously submitted a Stipulation and Order to Modify Case Management (Pretrial Scheduling) Order, and this Court signed the Order on April 20, 2010; and the modified Case Management (Pretrial Scheduling) Order provides that expert witnesses with reports

are to be disclosed by June 28, 2010, rebuttal experts are to be disclosed by July 8, 2010, and closure of discovery (including depositions of expert witnesses) by July 26, 2010.

    4. WHEREAS the parties submitted a Second Stipulation and Order to Modify Case Management (Pretrial Scheduling) Order, and this Court signed the Order, and this Court signed the Order on June 21, 2010; and the modified Case Management (Pretrial Scheduling) Order provides that expert witnesses with reports are to be disclosed by July 16, 2010, rebuttal experts are to be disclosed by July 27, 2010, and closure of discovery (including depositions of expert witnesses) by August 17, 2010.

    5. WHEREAS the parties have had further difficulties obtaining complete copies via subpoena of Plaintiff's medical records and films from the Camino Medical Group.

    6. WHEREAS Plaintiff's medical records and films from the Camino Medical Group are needed by the parties to properly evaluate this matter.

    7. WHEREAS the parties have a mediation scheduled for August 13, 2010.

    6. WHEREAS all parties seek to continue the dates for expert disclosure, rebuttal expert disclosure, and closure of discovery date by approximately 30 additional days, so that the parties can obtain complete copies of Plaintiff's medical records from the Camino Medical Group and also complete mediation.

    7.    Therefore, the parties respectfully submit that good cause exists and request modification of the scheduling order as follows:

        i.    Expert Disclosure:    August 16, 2010

        ii.    Rebuttal Expert Disclosure:    August 24, 2010

        iii.    Discovery Closure:    September 15, 2010

///

///

///

///

6. All other provisions of the December 28, 2009 Case Management (Pretrial Scheduling) Order remain in effect.

**IT IS HEREBY STIPULATED.**

DATED: July 14, 2010                             By: /s/ Edward Garcia_____
                                                                                               EDWARD GARCIA
                                                                                               Attorney for Defendants
                                                                                               Platt and Avis Rent A Car System, LLC

DATED: July 14, 2010                             By: /s/ David C. Anderson_____
                                                                                               DAVID C. ANDERSON
                                                                                               Attorney for Plaintiff
                                                                                               Fatemeh Tabrizi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 16, 2010                             _____
                                                                                              Maria-Elena James
                                                                                              Chief United States Magistrate Judge

THIRD STIPULATION AND [PROPOSED] ORDER TO MODIFY
CASE MANAGEMENT (PRETRIAL SCHEDULING) ORDER