ROBERT A. BRAGG, Bar No. 99366
EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendants,
Christopher Platt and Avis Rent A Car System, LLC
(erroneously sued herein as Avis Rent a Car System, Inc. and Avis, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH TABRIZI,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER PLATT; AVIS RENT A CAR SYSTEM, INC; AVIS, INC.; DOES 1 TO 50,<br><br>        Defendants. | CASE NO. 3:09-CV-04305-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CLOSURE** |

Plaintiff Fatemeh Tabrizi and Defendants Christopher Platt and Avis Rent A Car System, LLC, by and through their respective undersigned counsel, hereby enter into the following stipulation and request to modify the Case Management (Pretrial Scheduling) Order:

1. WHEREAS Chief United States Magistrate Judge Maria-Elena James issued a Case Management (Pretrial Scheduling) Order in this matter on December 28, 2009, which included dates for expert disclosure, rebuttal expert disclosure, and closure of discovery date.

2. WHEREAS the parties previously submitted a Stipulation and Order to Modify Case Management (Pretrial Scheduling) Order, and this Court signed the Order on July 16, 2010; and the modified Case Management (Pretrial Scheduling) Order provides, in part, closure of discovery

(including depositions of expert witnesses) by July 26, 2010.

4. WHEREAS the parties have completed disclosure of experts.

5. WHEREAS the parties need additional time to schedule and complete the depositions of each sides retained and non-retained experts.

6. WHEREAS all parties seek to continue the date for the closure of discovery by approximately 45 additional days so that the parties can complete expert depositions.

7. Therefore, the parties respectfully submit that good cause exists and request modification of the scheduling order as follows:

    i.    Discovery Closure:    October 29, 2010

**IT IS HEREBY STIPULATED.**

DATED: August 25, 2010    By: /s/ Edward Garcia_____
    EDWARD GARCIA
    Attorney for Defendants
    Platt and Avis Rent A Car System, LLC

DATED: August 25, 2010    By: /s/ David C. Anderson_____
    DAVID C. ANDERSON
    Attorney for Plaintiff
    Fatemeh Tabrizi

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  August 26, 2010    _____
    Maria-Elena James
    Chief United States Magistrate Judge