UNITED STATES  DISTRICT COURT

Northern District of California

FATEMEH TABRIZI,

                    Plaintiff,                    No. C 09-4305 MEJ

     v.

CHRISTOPHER PLATT, et al.,           **ORDER FOR PARTIES TO FILE**
                                        **JOINT STATUS REPORT**

                    Defendants.
_____/

      On August 13, 2010, the parties in the above-captioned matter participated in a mediation session, at which time the case did not settle but the parties agreed to further mediation.  (Dkt. #27.) As the dispositive motion deadline has passed and neither party filed any such motion, and pretrial filing deadlines are approaching, the Court ORDERS the parties to file a joint status report by October 7, 2010.

      **IT IS SO ORDERED.**

Dated: September 23, 2010

                                    _____
                                    Maria-Elena James
                                    Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**