UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FATEMEH TABRIZI,<br><br>                Plaintiff,<br>   v.<br>CHRISTOPHER PLATT, et al.,<br><br>                Defendants.<br>_____/ | No. C 09-4305 MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**<br><br>**ORDER FOR PARTIES TO FILE STATUS REPORT** |

The Court is in receipt of the parties' Joint Case Management Statement, filed October 7, 2010. (Dkt. #33.) Based on the statement, it appears that the parties are continuing settlement negotiations and they intend to complete certain depositions prior to a further mediation session. As pretrial and trial deadlines are approaching, which could result in needless filings and attorney's fees, the Court hereby VACATES all pretrial and trial deadlines in this matter. The parties shall file an updated joint status report by December 16, 2010.

**IT IS SO ORDERED.**

Dated: October 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge