DAVID C. ANDERSON, ESQ. (SBN 83146)
LAW OFFICE OF DAVID C. ANDERSON
50 Francisco Street, Suite 450
San Francisco, CA 94133
Tel:  (415) 395-9898
Fax:  (415) 395-9839

Attorneys for Plaintiff
FATEMEH TABRIZI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH TABRIZI, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER PLATT, et al., <br><br> Defendants. | No. 3:09-CV-04305-MEJ <br><br> **STIPULATION AND ORDER DISMISSING COMPLAINT OF FATEMEH TABRIZI AGAINST ALL DEFENDANTS** |

　　　　IT IS HEREBY STIPULATED by and between the Parties, Plaintiff FATEMEH TABRIZI and Defendants CHRISTOPHER PLATT and AVIS RENTA A CAR SYSTEM, LLC (erroneously sued herein as Avis Rent a Car System, Inc., and Avis, Inc.), by and through their counsel of record, as evidenced by the signatures of their attorneys below, as follows:

　　1. This Stipulation is entered into in accordance with the authority of Federal Rule of Civil Procedure 41(a)(1)(ii);

　　2. This resolution was achieved as a result of mediation between the parties on 12/15/10, before Jacqueline Corley, Esq.;

　　3. Plaintiff FATEMEH TABRIZI hereby dismisses with prejudice her complaint as to all Defendants in this matter.

1  IT IS SO STIPULATED.

2

3  Dated: December 21, 2010                LAW OFFICE OF DAVID C. ANDERSON

4

5
                                          By: /s/
6                                             DAVID C. ANDERSON
                                              Attorney for Plaintiff
7

8

9  Dated: December 21, 2010                BRAGG & KULUVA

10

11
                                          By: /s/
12                                            ROBERT A. BRAGG
                                              Attorney for Defendants
13

14

15
   IT IS SO ORDERED
16

17 Dated: __January 7__, 2010

18                                        By: _____
                                              JUDGE
19                                            Judge Maria-Elena James
                                              UNITED STATES DISTRICT COURT
20                                            NORTHERN DISTRICT OF CALIFORNIA

21
   C:\Data\Tabrizi - 208\stip dismissal.wpd
22

23

24

25

26

27

28

C:\Data\Tabrizi - 208\stip dismissal.wpd                    2

STIPULATION AND ORDER DISMISSING COMPLAINT OF FATEMEH TABRIZI AGAINST ALL DEFENDANTS